IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02088-LTB

KYLE LEE HOUSTON,

    Petitioner,

v.

RICKY RAEMISCH, Executive Director,

    Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Christine M. Arguello, District Judge, on October 29, 2015, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

DATED at Denver, Colorado, this 30 day of October, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/A. Thomas
                      Deputy Clerk